# EXHIBIT 2



## ORLANDO HOUSING AUTHORITY

### FINAL TERMINATION OF SECTION 8 ASSISTANCE

March 31, 2014

Caroline Vega                    RE: Client #33761
2202 Justin Ave
Orlando, FL 32826

Dear Caroline Vega:

Please be advised that your Section 8 rental subsidy from the Orlando Housing Authority has been terminated effective April 30, 2014.

This action is being taken for the following reason(s):

24 CFR 982.551 (1)   *Crime by household members.* The members of the household may not engage in drug-related criminal activity or violent criminal activity or other criminal activity that threatens the health, safety or right to peaceful enjoyment of other residents and persons residing in the immediate vicinity of the premises.

**Jamilza Barreto was charged with Possession Of Drug Paraphernalia on 3/13/14.**

Beginning May 1, 2014 you will be responsible for the full amount of rent to your Landlord.

If you have any questions, please contact me at (407) 894-1500 ext. 5201 or via email at irma.rodriguez@orl-oha.org.

Sincerely,

*I. Rodriguez*

I. Rodriguez
HCV Eligibility Specialist

xc:     Participant File

Helga Friend
724 forest Glen Ct.
Maitland, FL 32751

