# EXHIBIT 3



**ORLANDO HOUSING AUTHORITY**
THE HOUSING AUTHORITY OF THE CITY OF ORLANDO, FLORIDA

RECEIVED APR 0 2014

# "DON'T SAY IT, WRITE IT"

DATE: 3/30/2014

TO: Mrs. Pierce

THE HOUSING AUTHORITY
OF THE CITY OF
ORLANDO, FLORIDA

NAME: Caroline Vega     SS# 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

ADDRESS: 1647 Semoran North #101
Winter Park FL 32792

PHONE #: 407-219-8534

E-MAIL ADDRESS: _____

COMMENTS: I will like to request a hearing with the Dept. of Orlando Housing Authority.
Case # 33761

Signature: _____

Print Name: Caroline Vega



EQUAL HOUSING
OPPORTUNITY

390 N. Bumby Avenue, Orlando, Florida 32803  •  Tel#: 407/894-1500  •  Fax#: 407/896-4092  •  TDD#: 407/894-9891  •  Relay#: 711

www.orl-oha.org

Rev 09232013