# EXHIBIT 4



ORLANDO HOUSING AUTHORITY

May 7, 2014

Ms. Caroline Vega
1647 Semoran N Circle #101
Winter Park, FL   32792

Dear Ms. Vega:

This responds to the *"Don't Say It, Write It"* you submitted to our office on April 30, 2014 stating you would like to request a hearing regarding the termination of your Section 8 Housing Choice Voucher assistance.

HUD regulations do not allow for an informal hearing for drug offenses. Your daughter, Jamilza Barreto, was charged with Possession of Drug Paraphernalia on 03/13/2014. Jamilza Barreto was listed as part of your family composition. You were mailed a *Final Notice of Termination of Section 8 Assistance* on March 31, 2014.

Based on the above, your Section 8 Housing Choice Voucher assistance was terminated effective 04/30/2014. You are responsible for the full amount of your rent.

Sincerely,

Rhonda Y. Pierce, ARM/PHM
HCV Director

xc:   I. Rodriguez, Eligibility Specialist