# EXHIBIT 5



**COMMUNITY LEGAL SERVICES** *of MID-FLORIDA*

122 E. Colonial Drive, Suite 200
Orlando, FL 32801-1219
Ph: (407) 841-7777 | Fax: (407) 246-1661
www.clsmf.org

June 30, 2014

Orlando Housing Authority
390 N. Bumby Avenue
Orlando, FL 32803

Via Facsimile: (407) 895-0820
Email: vbryant@orl-oha.org

RE: Caroline Vega - Denial of a Pre-Termination Hearing - Section 8

To Whom it May Concern,

    This office is requesting a hearing on behalf of Ms. Vega pursuant to her right of due process of law under the United States Constitution, Section 8 of the United States Housing Act of 1937, as amended, 42 U.S.C. §1437f, and the applicable regulations found at 24 C.F.R. §982.551, 24 C.F.R. §982.553, and 24 C.F.R. §982.555. In addition to the hearing, this office is requesting *immediate reinstatement* of Ms. Vega's Section 8 voucher until a final decision is made at such hearing.

    Ms. Vega's daughter was accused of misdemeanor possession. In response, Ms. Vega received a notice that her Section 8 voucher was being terminated for violation of family obligations 24 C.F.R. §982.551(l). This notice did not mention her right to a pre-termination hearing. Terminations for violations of family obligations are discretionary (see 24 C.F.R. §982.552(c)(1)(i)) and an opportunity for a hearing is required in regard to determinations to terminate assistance for a participant family because of the family's action or failure to act (see 24 C.F.R. §982.555(a)(1)(v)). Despite the lack of notice, she indicated both verbally and in writing that she wished to have a hearing, but was denied.

    Ms. Vega would like a hearing to discuss the removal of her daughter from her voucher. Her daughter is now an adult, and since the termination of her mother's voucher, has relocated out of state. OHA's Administrative Plan, Chapter 15, states, "In appropriate cases, the OHA may permit the family to continue receiving assistance provided that family members, determined to have engaged in the proscribed activities, will not reside in the unit." Ms. Vega would like an opportunity to discuss this option as well as other arguments she has for retaining her voucher.

    The regulations governing Section 8 vouchers differ from the regulations governing public housing. A pre-termination hearing is required prior to termination of Section 8 benefits in cases such as Ms. Vega's. It appears that OHA is confusing the regulations for the different and separate programs. OHA's failure to provide Ms. Vega with a pre-termination hearing deprived her of her property interest in her Section 8 voucher in violation of 42 U.S.C. §§ 1437f & 1437d, as implemented by 24 C.F.R. Chap. 982, by failing to provide to Ms. Vega an opportunity for an informal hearing, in violation of 24 C.F.R. §982.555(a)(1)(v), by failing to provide to Ms. Vega a hearing prior to terminating her Section 8 voucher, in violation of 24 C.F.R. §982.555(a)(2), by failing to provide Ms. Vega prompt written notice that she had a right to request a hearing if she disagreed with the decision, in violation of 24 C.F.R.

---

*Putting Justice in Everyone's Reach*

Serving: Brevard, Citrus, Flagler, Hernando, Lake, Marion,
Orange, Osceola, Putnam, Seminole, Sumter and Volusia Counties

 

§982.555(c)(2), and by failing to provide Ms. Vega a hearing in a reasonably expeditious manner upon her request, in violation of 24 C.F.R. §982.555(d).

Please respond to this letter by the end of business day <u>Thursday, July 3, 2014</u> or we will take appropriate legal action. If you have any questions or concerns, please call me at 407-841-7777 ext. 2108 or email me at carolinew@clsmf.org.

Sincerely,

*Caroline E. Ware*
Caroline E. Ware
Staff Attorney

CC: Rhonda Stringer, Saxon, Gilmore, Carraway & Gibbons, P.A.,
Fax: 813-314-4555, Email: res@saxongilmore.com



**COMMUNITY LEGAL SERVICES** *of* MID-FLORIDA

122 E. Colonial Drive, Suite 200
Orlando, FL 32801-1219
Ph: (407) 841-7777 | Fax: (407) 246-1661
www.clsmf.org

## URGENT!
## FACSIMILE COVER SHEET
Please deliver immediately to:

**NAME:** Vivian Bryant, President/CEO

**FAX:** (407) 895-0820

**FROM:** Caroline Ware, Esq.

**DATE:** June 30, 2014

**RE:** Caroline Vega – Denial of Pre-Termination Hearing – Section 8

| X Urgent | ☐ For Review | ☐ Please Comment | ☐ Please Reply |

**Message: Please review the attached letter regarding the above mentioned client.**

Pages to follow: __2__

If any problems with transmission please contact: Miguel Ramos at (407) 841-7777 extension 2109.

> The information contained in this facsimile message may be protected by the Attorney-Client and/or Attorney-Work Product privileges. It is intended only for the use of the individual named above, and the privileges are not waived by virtue of this having been sent by facsimile. If the person actually receiving this facsimile or any other reader of the facsimile is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone, and return the original message to us at the above address via the U.S. Postal Service. Thank you.

*Putting Justice in Everyone's Reach*

Serving: Brevard, Citrus, Flagler, Hernando, Lake, Marion, Orange, Osceola, Putnam, Seminole, Sumter and Volusia Counties




```
        TRANSMISSION VERIFICATION REPORT

                                        TIME  : 06/30/2014 16:10
                                        NAME  : COMMUNITY LEGAL
                                        FAX   : 4072461661
                                        TEL   : 4078417777
                                        SER.# : 000D1N798423

  DATE,TIME              06/30 16:09
  FAX NO./NAME           4078950820
  DURATION               00:00:38
  PAGE(S)                03
  RESULT                 OK
  MODE                   STANDARD
                         ECM
```



**COMMUNITY LEGAL SERVICES** *of* MID-FLORIDA

122 E. Colonial Drive, Suite 200
Orlando, FL 32801-1219
Ph: (407) 841-7777 | Fax: (407) 246-1661
www.clsmf.org

## URGENT!
## FACSIMILE COVER SHEET
### Please deliver immediately to:

**NAME:** Vivian Bryant, President/CEO

**FAX:** (407) 895-0820

**FROM:** Caroline Ware, Esq.

**DATE:** June 30, 2014

**RE:** Caroline Vega – Denial of Pre-Termination Hearing – Section 8

| X Urgent | ❏ For Review | ❏ Please Comment | ❏ Please Reply |

**Message: Please review the attached letter regarding the above mentioned client.**

Pages to follow: __2__

If any problems with transmission please contact: Miguel Ramos at (407) 841-7777 extension 2109.

The information contained in this facsimile message may be protected by the Attorney-Client and/or Attorney-Work Product privileges. It is intended only for the use of the individual named above, and the



122 E. Colonial Drive, Suite 200
Orlando, FL 32801-1219
Ph: (407) 841-7777 | Fax: (407) 246-1661
www.clsmf.org

## URGENT!
## FACSIMILE COVER SHEET
**Please deliver immediately to:**

NAME:   Ms. Rhonda E. Stringer, Esq.

FAX:    (813) 314-4555

FROM:   Caroline Ware, Esq.

DATE:   June 30, 2014

RE:     Caroline Vega – Denial of Pre-Termination Hearing – Section 8

| X Urgent | ☐ For Review | ☐ Please Comment | ☐ Please Reply |

**Message: Please review the attached letter regarding the above mentioned client.**

Pages to follow: __2__

If any problems with transmission please contact: Miguel Ramos at (407) 841-7777 extension 2109.

The information contained in this facsimile message may be protected by the Attorney-Client and/or Attorney-Work Product privileges. It is intended only for the use of the individual named above, and the privileges are not waived by virtue of this having been sent by facsimile. If the person actually receiving this facsimile or any other reader of the facsimile is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone, and return the original message to us at the above address via the U.S. Postal Service. Thank you.

*Putting Justice in Everyone's Reach*

Serving: Brevard, Citrus, Flagler, Hernando, Lake, Marion, Orange, Osceola, Putnam, Seminole, Sumter and Volusia Counties

 

```
TRANSMISSION VERIFICATION REPORT

                                    TIME  : 06/30/2014 16:12
                                    NAME  : COMMUNITY LEGAL
                                    FAX   : 4072461661
                                    TEL   : 4078417777
                                    SER.# : 000D1N798423

DATE,TIME              06/30 16:11
FAX NO./NAME           18133144555
DURATION               00:00:50
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



**COMMUNITY LEGAL SERVICES of MID-FLORIDA**

122 E. Colonial Drive, Suite 200
Orlando, FL 32801-1219
Ph: (407) 841-7777 | Fax: (407) 246-1661
www.clsmf.org

## URGENT!
## FACSIMILE COVER SHEET
### Please deliver immediately to:

**NAME:** Ms. Rhonda E. Stringer, Esq.

**FAX:** (813) 314-4555

**FROM:** Caroline Ware, Esq.

**DATE:** June 30, 2014

**RE:** Caroline Vega – Denial of Pre-Termination Hearing – Section 8

| X Urgent | ☐ For Review | ☐ Please Comment | ☐ Please Reply |

**Message: Please review the attached letter regarding the above mentioned client.**

Pages to follow: __2__

If any problems with transmission please contact: Miguel Ramos at (407) 841-7777 extension 2109.

The information contained in this facsimile message may be protected by the Attorney-Client and/or Attorney-Work Product privileges. It is intended only for the use of the individual named above, and the