shall take effect and another hearing will not be granted.

The Hearing Officer will determine whether the action, inaction or decision of the OHA is legal in accordance with HUD regulations and this Administrative Plan based upon the evidence and testimony provided at the hearing. Factual determinations relating to the individual circumstances of the family will be based on a preponderance of the evidence presented at the hearing.

A notice of the Hearing Findings will be provided, in writing, to the OHA and the family within ten days and  will include:

- A clear summary of the decision and reasons for the decision
- If the decision involves money owed, the amount owed; and
- The date the decision goes into effect

The OHA is not bound by hearing decisions:

- Which concern matters in which the OHA is not required to provide an opportunity for a hearing
- Which conflict with or contradict HUD regulations or requirements
- Which conflict with or contradict Federal, State or local laws; or
- Which exceed the authority of the person conducting the hewing

All requests for a hearing, supporting documentation and a copy of the final decision will be retained in the family's file.

## D.  Hearing and Appeal Provisions for "Restrictions On Assistance To Non-Citizens"

Assistance to the family may not be delayed, denied or terminated on the basis of immigration status at any time prior to the receipt of the decision on the INS appeal. Assistance to a family may not be terminated or denied while the OHA hearing is pending bit assistance to an applicant may be delayed pending the OHA hearing.

### INS Determination of Ineligibility

If a family member claims to be an eligible immigrant and the INS SAVE system and manual search do not verify the claim the OHA notifies the applicant or participant within ten days of their right to appeal to the INS, within thirty days, or to request an informal hearing with the OHA, either in lieu of or subsequent to the INS appeal.

If the family appeals to the INS, they must give the OHA a copy of the appeal and proof of mailing or the OHA may proceed to deny or terminate. The time period to request an appeal may be extended by the OHA for good cause.

The request for an OHA hearing must be made within ten days of receipt of the notice of offering the hearing or, if an appeal was made to the INS, within 14 days of receipt of that notice.

After receipt of a request for an informal hearing, the hearing is conducted as described in section D of this chapter for both applicants and participants. If the hearing officer decides that the individual is not eligible, and there are no other eligible family members the OHA will:

- Deny the applicant family



- Defer termination if the family is a participant and qualifies for deferral
- Terminate the participant if the family does not qualify for deferral

If there are eligible members in the family, the OHA will offer to prorate assistance or give the family the option to remove the ineligible members.

All other complaints related to eligible citizen/immigrant status:

• If any family member fails to provide documentation or certification as required by the regulation that member is treated as ineligible. If all family members fail to provide the family will be denied or terminated for failure to provide

- Participants whose termination is carried out after temporary deferral may not request a hearing since they had an opportunity for a hearing prior to the termination

- Participants whose assistance is pro-rated (either based on their statement that some members are ineligible or due to failure to verify eligible immigration status for some members after exercising their appeal and hearing rights described above) are entitled to a hearing based on the right to a hearing regarding determinations of Tenant Rent and Total Tenant Payment

Families denied or terminated for fraud in connection with the non-citizens rule are entitled to a review or hearing in the same way as terminations for any other type of fraud.

## E. Mitigating Circumstances for Applicants/Participants with Disabilities

When applicants are denied placement on the waiting list, or the OHA is terminating assistance, the family will be informed that presence of a disability may be considered as a mitigating circumstance during the informal review process.



## LIMITED ENGLISH PROFICIENCY (LEP) PLAN

### A.   PLAN STATEMENT

The Housing Authority of the City of Orlando, Florida has adopted this plan to provide meaningful access to its programs and activities by persons with Limited English Proficiency (LEP). In accordance with federal guidelines the Public Housing Authority (PHA) will make reasonable efforts to provide or arrange free language assistance for its LEP clients, including applicants, recipients and/or persons eligible for public housing, Section 8/Housing Choice Vouchers, homeownership and other PHA programs.

### B.   MEANINGFUL ACCESS; FOUR-FACTOR ANALYSIS

Meaningful access is free language assistance in accordance with federal guidelines. The PHA will periodically assess and update the following four-factor analysis, including but not limited to:

A. The number or proportion of LEP persons eligible to be served or likely to be encountered by the PHA.

B. The frequency with which LEP persons using a particular language come into contact with the PHA.

C. The nature and importance of the PHA program, activity or service to the person's life.

D. The PHA's resources and the cost of providing meaningful access. Reasonable steps may cease to be reasonable where the costs imposed substantially exceed the benefits.

### C.   LANGUAGE ASSISTANCE

A. A person who does not speak English as their primary language and who has a limited ability to read, write, speak or understand English may be a Limited English Proficient (LEP) person and may be entitled to language assistance with respect to PHA programs and activities.

B. Language assistance includes interpretation, which means oral or spoken transfer of a message from one language into another language; and/or translation, which means the written transfer of a message from one language into another language. The PHA will determine when interpretation and/or translation are needed and are reasonable.

C. PHA staff will take reasonable steps to provide the opportunity for meaningful access to LEP clients who have difficulty communicating in English. If a client asks for language assistance and the PHA determines that the client is an LEP person and that language assistance is necessary to provide meaningful access, the PHA will make reasonable efforts to provide free language assistance. If reasonably possible the PHA will provide the language assistance in the LEP client's preferred language.



The PHA has the discretion to determine whether language assistance is needed, and if so, the type of language assistance necessary to provide meaningful access.

The PHA will periodically assess client needs for language assistance based on requests for interpreters and/or translation, as well as the literacy skills of clients.

D.    Translation of Documents

1.    The PHA will weigh the costs and benefits of translating documents for potential LEP groups, considering the expense of translating the documents, the barriers to meaningful translation or interpretation of technical housing information, the likelihood of frequent changes in documents, the existence of multiple dialects within a single language group, the apparent literacy rate in an LEP group and other relevant factors. The PHA will undertake this examination when an eligible LEP group constitutes five percent (5%) of an eligible client group (for example: five percent (5%) of households living in the PHA's public housing) or one thousand (1,000) persons, whichever is less.

2.    If the PHA determines that translation is necessary and appropriate, the PHA will translate the public housing lease and selected mailings and documents of vital importance into that language.

3.    As opportunities arise, the PHA may work with other housing authorities to share the costs of translating common documents, which may include language groups, which do not (yet) reach the threshold level in the PHA's client population.

4.    HUD should provide prototype translations of standard housing documents in multiple languages in a timely fashion. HUD should provide this service to local housing authorities and the hundreds or thousands of other HUD grantees whose limited resources hinder their LEP efforts.

5.    The PHA will consider technological aids such as Internet-based translation services, which may provide helpful, although perhaps not authoritative, translations of written materials.

E.    Audiovisual Materials

1.    The PHA will use reasonable efforts to produce or obtain multiple translations of audiovisual materials it uses to inform or educate applicants, residents and other client groups. For example: the training video on housekeeping produced by PHA staff has four (4) language options.

2.    The PHA will make such materials available for purchase by housing agencies and other organizations, to assist them in their LEP efforts.

F.    Formal Interpreters

1.    When necessary to provide meaningful access for LEP clients, the PHA will provide qualified interpreters, including PHA bilingual staff and contract vendors. At important states that require one-on-one contact, written translation and verbal interpretation services will be provided consistent with the four-factor analysis used earlier.



2. The PHA may require a formal interpreter to certify to the following:

   i. The interpreter understood the matter communicated and rendered a competent interpretation.

   ii. The interpreter is covered by the Florida --------------- and will not disclose non-public data without written authorization from the client.

3. Formal interpreters shall be used at the following:

   i. Informal review hearing for denial of admission to public housing:

   ii. Informal hearing for termination of public housing;

   iii. Informal hearing for denial or termination of Housing Choice Voucher (Section 8) participation.

   iv. Informal hearing for parties.

4. A PHA staff interpreter may not be a subordinate to the person making the decision.

G. Informal Interpreters

1. Informal interpreters may include the family members, friends, legal guardians, service representatives or advocates of the LEP client. PHA staff will determine whether it is appropriate to rely on informal interpreters, depending upon the circumstances and subject matter of the communication. However in many circumstances, informal interpreters, especially children, are not competent to provide quality and accurate interpretations. There may be issues of confidentiality, competency or conflict of interest.

2. An LEP person may use an informal interpreter of their own choosing and at their expense, either in place of or as a supplement to the free language assistance offered by the PHA. If possible, the PHA should accommodate an LEP client's request to use an informal interpreter.

3. If an LEP client prefers an informal interpreter, after the PHA has offered free interpreter services, the informal interpreter may interpret.

4. If an LEP client wants to use their own informal interpreter, the PHA reserves the right to also have an informal interpreter present.

H. Outside Resources

1. Outside resources may include community volunteers, PHA residents or Housing Choice Voucher/Section 8 participants.

2. Outside resources may be used for interpreting services at public or informal meetings or events if a timely request has been made.

3. The PHA maintains relationships with mutual assistance associations (MAA's) and other



organizations that assist specific cultural and ethnic groups living in Orlando.  To help their clients obtain or keep housing assistance through the PHA, these organizations may provide qualified interpreters for LEP persons.

## E.   MONITORING

The PHA will review and revise this LEP Plan from time to time.  The review will include:

A.  Reports from the PHA's computer business systems on the number of PHA clients who are LEP, to the extent that the software and staff data entry can provide such information.  Such reports may be supplemented by staff observations.

B.  Reports from the computer business systems and other sources listing the languages used by LEP clients.

C.  A determination as to whether five percent (5%) or one thousand (1,000) persons from a PHA client group speak a specific language, which triggers consideration of document translation needs as described above.

D.  Analysis of staff requests for contract interpreters: number of requests, languages requested, costs, etc.

## F.   LEP PLAN DISTRIBUTION AND TRAINING

The LEP Plan will be:

1.  Distributed to all PHA supervisors.

2.  Available in PHA Management Offices and the Rental Office/Section 8 Office.

3.  Posted on PHA's website, www.orl-oha.org

4.  Explained in orientation and training sessions for supervisors and other staff  who need to communicate with LEP clients.

Contact Person: Human Resource Manager, 407-895-3300, ext. 2010, TDD: 407-894-9891



## VIOLENCE AGAINST WOMEN ACT POLICY

The Violence Against Women Act (VAWA) was signed into law January 5, 2005. Among other things, VAWA amended Federal Housing programs. Although the law is called the "Violence Against Women Act," it covers all victims of these crimes, whether they are male or female. The following is an overview of the VAWA and changes relating to public housing agencies and residents and to rental assistance program participants and landlords.

### Definitions:

"Domestic Violence" is defined as crimes of violence and/or sexual assault committed or threatened by: a current or former spouse of the victim, a person with whom the victim shares a child in common, a person who is cohabitating with the victim or has cohabitated with the victim, a person similarly situated to a spouse of the victim or by any other person against an adult or youth victim.

"Dating Violence" means violence and/or sexual assault committed by a person who is or has been in a social relationship of a romantic or intimate nature with the victim.

"Stalking" means to follow, pursue, place under surveillance, or repeatedly commit acts with the intent to kill, injure, harass, or intimidate another person and to place the person in reasonable fear of the death or injury or to cause substantial emotional harm to that person or a member of the person's immediate family.

"Immediate family" includes a spouse, parent, sibling, child of the person, or any other person living in the household of the person and related to the person by blood or marriage.

"Rental Assistance Program(s)" includes the Orlando Housing Authority's Section 8 Housing Choice Voucher Program and the Low Rent Conventional Public Housing (LRPH) Program.

### Statement of Policy

The Orlando Housing Authority may not deny assistance to an applicant on the basis of the applicant's current or past status as a victim of domestic violence, dating violence, or stalking if the applicant otherwise qualifies for admission or assistance.

The Orlando Housing Authority may not terminate assistance to a participant in the Section 8 Housing Choice Voucher Program or a participant in the Low Rent Conventional Public Housing Program on the basis of an incident or incidents of actual or threatened domestic violence, dating violence, or stalking against that participant/resident.

An incident or incidents of actual or threatened domestic violence, dating violence, or stalking will not be construed as a serious or repeated violation of the lease by the victim or threatened victim of that violence and shall not be "good cause" for terminating the assistance, tenancy, or occupancy rights of the victim of such victim.

Criminal activity directly relating to domestic violence, dating violence, or stalking, engaged in by a member of a tenant's household or any guest or other person under the tenant's control, shall not be cause for termination of assistance, tenancy, or occupancy rights if the tenant or an immediate member of the tenant's family is the victim or threatened victim of that domestic violence, dating violence, or stalking and the victim is in immediate danger of physical harm.



**Bifurcation**

The Orlando Housing Authority may "bifurcate" rental housing assistance, i.e., split the lease or Section 8 voucher, and terminate the housing assistance of the person who engages in criminal acts of physical violence against family members or others without evicting or otherwise penalizing the victim of such violence who is also a tenant or lawful occupant. The Orlando Housing Authority may terminate any individual who engages in criminal acts of physical violence against family members or others, from an assisted household.

**Termination for Other Reasons**

VAWA does not prevent an owner or manager from terminating the tenancy of a Section 8 Housing Choice Voucher Program participant for any violations(s) of a lease not based on acts of violence against the tenant or a member of the tenant's household who is a victim of domestic violence, dating violence or stalking. The owner or manager may not subject an individual who is or has been a victim of domestic violence, dating violence, or stalking to a more demanding standard than other tenants in determining whether to evict or terminate.

VAWA does not prevent the Orlando Housing Authority from terminating the tenancy of a Public Housing resident for any violations(s) of a lease not based on acts of violence against the tenant or a member of the tenant's household who is a victim of domestic violence, dating violence or stalking. The Housing Authority may not subject an individual who is or has been a victim of domestic violence, dating violence, or stalking to a more demanding standard than other tenants in determining whether to evict the tenant or to terminate the lease. The victim will be required to trespass the offender from the OHA property.

**Actual and Imminent Threat to Others**

VAWA allows an owner or manager to terminate the tenancy of a Section 8 Housing Choice Voucher program participant if the owner or manager can demonstrate an actual and imminent threat to other tenants or those employed at or providing service to the property if that tenant is not evicted. The Orlando Housing Authority can terminate the rental housing assistance of a participant if it can demonstrate an actual and imminent threat to other tenants or those employed at or providing service to the property if that tenant is not terminated from assistance.

**Certification**

An owner, manager or the Orlando Housing Authority may request that an individual certify that the individual is a victim of domestic violence, dating violence, or stalking, within twelve (12) months of the date of application and that the incident or incidents in question are bona fide incidents of actual or threatened abuse and meet the VAWA requirements. An individual may satisfy the certification requirement by producing a Federal, State or territorial, local police report and court record.

If the individual does not provide the certification within fourteen (14) business days after certification has been requested in writing, the owner, manager or the Housing Authority is not restricted from otherwise lawfully terminating the rental assistance of the Section 8 Housing Choice Voucher participant or public housing resident. The Orlando Housing Authority Executive Director may extend the 14-day deadline for the LRPH Program.



**Confidentiality**

All information provided to an owner, manager, or to the Orlando Housing Authority under VAWA including the fact that an individual is a victim of domestic violence, dating violence, or stalking, shall be retained in confidence by an owner, manager or the Orlando Housing Authority. This information shall not be entered into any shared database nor provided to any related entity, except to the extent that disclosure is requested or consented to by the individual in writing, or required for use in an eviction proceeding or otherwise required by law.


**Portability**

A Section 8 Housing Choice Voucher Program participant may transfer their voucher assistance to another jurisdiction if the family has complied with all other obligations of the Section 8 Housing Choice Voucher program and has moved out of the assisted dwelling unit to protect the health or safety of an individual who is or has been the victim of domestic violence, dating violence, or stalking and who reasonably believed he or she was imminently threatened by harm from further violence if he or she remained in the assisted dwelling unit.



**Chapter 19a**

**REASONABLE ACCOMMODATION POLICY AND PROCEDURES**

**A. POLICY STATEMENT**

OHA is committed to ensuring that its policies and procedures do not deny individuals with disabilities the opportunity to participate in, or benefit from, nor otherwise discriminate against individuals with disabilities, on the basis of disability, in connection with the operations of OHA's programs, services and activities. Therefore, if an individual with a disability requires an accommodation such as an accessible feature or modification to a OHA policy, OHA will provide such accommodation unless doing so would result in a fundamental alteration in the nature of the program; or an undue financial and administrative burden. In such a case, the OHA will make another accommodation that would not result in a financial or administrative burden.

A reasonable accommodation is a change, modification, alteration or adaptation in policy, procedure, practice, program, or facility that provides a qualified individual with a disability the opportunity to participate in, or benefit from, a program (housing or non-housing) or activity.

OHA will post a copy of this Reasonable Accommodation Policy and Procedures in each public housing development in the Manager's Office and the Admissions and Occupancy office, located 306 Reeves Court, Orlando, FL   32801. In addition, individuals may obtain a copy of this Reasonable Accommodation Policy and Procedures, upon request, from the OHA's Reasonable Accommodation Coordinator.

**B. LEGAL AUTHORITY**

The OHA is subject to Federal civil rights laws and regulations. This Reasonable Accommodation Policy is based on the following statutes or regulations. *See Section 504 of the Rehabilitation Act of 1973 (Section 504)*1; Title II of the Americans with Disabilities Act of 1990 (ADA) 2; the Fair Housing Act of 1968, as amended (Fair Housing Act) 3; the Architectural Barriers Act of 1968 4, and the respective implementing regulations for each Act.

**C. MONITORING AND ENFORCEMENT**

The OHA's Reasonable Accommodation Coordinator is responsible for monitoring OHA's compliance with this Policy. Individuals who have questions regarding this Policy, its interpretation or implementation should contact OHA's Reasonable Accommodation Coordinator or designee in writing, by telephone, or by appointment, as follows:

**Ellis Henry, Chief Operations Officer**
**390 North Bumby Avenue**
**Orlando, FL  32803**
**Telephone:  407-895-3300, Ext. 1003**
**TDD/TTY Number:  407-894-9891 and Relay #711**
**Facsimile Number: 407-895-0820**

## D.  STAFF TRAINING

The Reasonable Accommodation Coordinator will ensure that all appropriate OHA staff receives annual training on the Reasonable Accommodation Policy and Procedures, including all applicable Federal, state and local requirements regarding reasonable accommodation.

## E.  REASONABLE ACCOMMODATION

A person with a disability may request a reasonable accommodation at any time during the application process or residency in public housing.  The individual, OHA staff or any person identified by the individual, must reduce all requests to writing. Reasonable accommodation methods or actions that may be appropriate for a particular program and individual may be found to be inappropriate for another program or individual. The decision to approve or deny a request for a reasonable accommodation is made on a case-by-case basis and takes into consideration the disability and the needs of the individual as well as the nature of the program or activity in which the individual seeks to participate.

## F.  APPLICATION OF REASONABLE ACCOMMODATION POLICY

The Reasonable Accommodation Policy applies to individuals with disabilities in the following programs provided by the PHA:
(a) Applicants of public housing;
(b) Residents of public housing developments;
(c) Participants in all other programs or activities receiving Federal financial assistance that are conducted or sponsored by the OHA, its agents or contractors including all non-housing facilities and common areas owned or operated by the OHA.

## G.  PERSON WITH A DISABILITY

A person with a disability means an individual who has a physical or mental impairment that substantially limits one or more major life activities. As used in this definition, the phrase "physical or mental impairment" includes:
(a) Any physiological disorder or condition, cosmetic disfigurement, or anatomical loss affecting one or more of the following body systems:

Neurological; musculoskeletal; special sense organs; respiratory, including speech organs; cardiovascular; reproductive; digestive; genito-urinary; hemic and lymphatic; skin; and endocrine; or

(b) Any mental or psychological disorder, such as mental retardation, organic brain syndrome, emotional or mental illness, and specific learning disabilities. The term "physical or mental impairment" includes, but is not limited to, such diseases and conditions as orthopedic, visual, speech, and hearing impairments, cerebral palsy, autism, epilepsy, muscular dystrophy, multiple sclerosis, cancer, heart disease, diabetes, mental retardation, emotional illness, drug addiction and alcoholism. "Major life activities" means functions such as caring for one's self, performing manual tasks, walking, seeing, hearing, speaking, breathing and learning.

The definition of disability does not include any individual who is an alcoholic whose current use of alcohol prevents the individual from participating in the public housing program or activities; or whose participation, by reason of such current alcohol abuse, would constitute a direct threat to property or the



safety of others.

## H.  PROCESSING OF REASONABLE ACCOMMODATION REQUESTS

The OHA will provide the "Request for Reasonable Accommodation", ("Request Form"), upon request, to all applicants, residents or individuals with disabilities who request a reasonable accommodation. The Reasonable Accommodation Request Form includes various forms of reasonable accommodations as well as the general principles of reasonable accommodation.

Individuals may submit their reasonable accommodation request(s) in writing, orally, or by any other equally effective means of communication. However, the OHA will ensure that all reasonable accommodation requests will be reduced to writing. If needed as a reasonable accommodation, the OHA will assist the individual in completing the Request Form.

(a) The OHA will provide all applicants with the Request Form, upon request, as an attachment to the OHA application. The Request for Reasonable Accommodation Form must be provided in an alternative format, upon request.

(b) Reasonable Accommodations will be made for applicants during the application process. All applications must be taken in an accessible location. Applications will be made available in accessible formats. OHA will provide applicants with appropriate auxiliary aids and services, including qualified sign language interpreters and readers, upon request.

(c) OHA will provide all residents with the Request Form, upon request, during the annual re-examination, and upon request. The OHA will provide the Request Form in an alternate form, upon request.

(d) Residents seeking accommodation(s) may contact the public housing managers' office within their housing development. In addition, residents may also contact the Director Public Housing office directly to request the accommodation(s).

(e) The public housing manager, will forward the resident's reasonable accommodation request(s) to the Director of Public Housing, who will forward the request to the Reasonable Accommodation Coordinator.

(f) The Reasonable Accommodation Coordinator, or the Director of Public Housing, office will respond to the Resident's Request within a reasonable time.

(g) If additional information or documentation is required, the Reasonable Accommodation Coordinator's office or designee will notify the resident, in writing, of the need for the additional information or documentation. The Reasonable Accommodation Coordinator's Office or designee will provide the resident with the "Request for Information or Verification Form". The written notification should provide the resident with a reply date for submission of the outstanding information or documentation.

(h) Within a reasonable time after receipt of the request and, if necessary, all supporting documentation, OHA will provide written notification to the resident of its decision to approve or deny the resident's request(s). Upon request, the written notification will be provided in an alternate format.

(i) If OHA approves the accommodation request(s), the resident will be notified of the projected date for implementation.

(j) If the accommodation is denied, the resident will be notified of the reasons for denial. In addition, the notification of the denial will also provide the resident with information regarding OHA's Admissions & Continued Occupancy Policy, Grievance Procedures.

(k) All recommendations that have been approved by the Reasonable Accommodation Coordinator will be forwarded to the appropriate public housing manager for implementation. All requests for reasonable accommodation that are approved by the Reasonable Accommodations and or designee will promptly be implemented or begin the process of implementation.



## I. VERIFICATION OF REASONABLE ACCOMMODATION REQUEST

OHA may request documentation of the need for a Reasonable Accommodation as identified on the Request for Reasonable Accommodation Form. In addition OHA may request that the individual provide suggested Reasonable Accommodations. The OHA may verify a person's disability only to the extent necessary to ensure that individuals who have requested a reasonable accommodation have a disability-based need for the requested accommodation.

However, the OHA may not require individuals to disclose confidential medical records in order to verify a disability. In addition, the OHA may not require specific details regarding the individual's disability. The OHA may only request documentation to confirm the disability-related need(s) for the requested reasonable accommodation(s). The OHA may not require the individual to disclose the specific disability(ies); or the nature or extent of the individual's disability(ies). The following may provide verification of a resident's disability and the need for
the requested accommodation(s):
(a) Physician;
(b) Licensed health professional;
(c) Professional representing a social service agency; or
(d) Disability agency or clinic.

Upon receipt, the resident's Public Housing Manager, will forward the recommendation, including all supporting documentation, to the OHA's Reasonable Accommodation Coordinator within a reasonable time of receipt.

## J. DENIAL OF REASONABLE ACCOMMODATION REQUEST(S)

Requested accommodations will not be approved if one of the following would occur as a result:
(a) A violation of State and/or federal law;
(b) A fundamental alteration in the nature of the OHA public housing program;
(c) An undue financial and administrative burden on OHA;
(d) A structurally infeasible alteration; or
(e) An alteration requiring the removal or alteration of a load-bearing structural member.

## K. TRANSFER AS REASONABLE ACCOMMODATION

OHA shall not require a resident with a disability to accept a transfer in lieu of providing a reasonable accommodation. However, if a public housing resident with a disability requests dwelling unit modifications that involve structural changes, including, but not limited to widening entrances, rooms, or hallways, and there is a vacant, comparable, appropriately sized UFAS-compliant unit in that resident's project or an adjacent project, OHA may offer to transfer the resident to the vacant unit in his/her project or adjacent project in lieu of providing structural modifications. However, if that resident rejects the proffered transfer or voucher, OHA shall make modifications to the resident's unit unless doing so would be structurally impracticable or would result in an undue financial and administrative burden. If the resident accepts the transfer, OHA will work with the resident to obtain moving expenses from social service agencies or other similar sources. If that effort to obtain moving expenses is unsuccessful within thirty (30) days of the assignment of the dwelling unit, OHA shall pay the reasonable moving expenses, including utilities fees and utilities.



## L.  SERVICE OR ASSISTANCE ANIMALS

Residents of PHA with disabilities are permitted to have assistance animals, if such animals are necessary as a reasonable accommodation for their disabilities. PHA residents or potential residents who need an assistance animal as a reasonable accommodation must request the accommodation in accordance with the reasonable accommodation policy. Assistance animals are not subject to the requirements of PHA's Pet Policy.

## M.  RIGHT TO APPEAL/GRIEVANCE PROCESS

(1) The public housing applicant or resident may file a complaint in accordance with OHA's HUD-approved Grievance Procedure following a formal determination by the OHA's Reasonable Accommodation Coordinator.

(2) An applicant or resident may, at any time, exercise their right to appeal an OHA decision through the office of the President/CEO:

> Vivian Bryant, Esq.
> 390 North Bumby Avenue
> Orlando, FL  33803
> Telephone: 407-895-3300 Ext. 1002
> Facsimile: 407-895-0820
> TDD/TTY Number: 407-894-9891



## Chapter 19b

## Effective Communication Policy

The Orlando Housing Authority (OHA) is committed to ensuring that its policies and procedures do not deny individuals with disabilities the opportunity to participate in, or benefit from, nor otherwise discriminate against individuals with disabilities, on the basis of disability, in connection with the operations of OHA's programs, services and activities.  Therefore, if an individual with a disability requires an alternative means of communication such as a sign language interpreter, TDD line, etc., OHA will provide such accommodation unless doing so would result in a fundamental alteration in the nature of the program; or an undue financial and administrative burden.  In such a case, the OHA will make another accommodation that would not result in a financial or administrative burden.

The Orlando Housing Authority has an Effective Communication Policy that ensures that applicants, residents, employees and members of the public are advised of the right to effective communication in Orlando Housing Authority's programs, services and activities.

(i) The procedures implementing the Effective Communication Policy will ensure that interested persons,       including persons with hearing, visual or cognitive disabilities, can obtain information concerning the existence       and location of accessible services, activities, and facilities; and

(ii) The procedures implementing the Effective Communication Policy will also ensure that the Orlando Housing       Authority and/or its agents and partners shall furnish appropriate auxiliary aids and services, where necessary, to       afford an individual with disabilities an equal opportunity to participate in the Orlando Housing Authority's  programs, services and activities. In determining what auxiliary aids are necessary, the Orlando Housing       Authority, its agents or partners shall give primary consideration to the requests of the individual with disabilities    unless doing so would result in a fundamental alteration of the Orlando Housing Authority's programs or       activities, or an undue financial and administrative burden. *See* 24 C.F.R. § 8.6.

The Orlando Housing Authority's-assisted residents and applicants will be made aware of alternative, non-written methods to request a reasonable accommodation and the availability of forms and information in alternative formats.



Chapter 20

## SPECIAL HOUSING TYPES -SECTION 8 HOMEOWNERSHIP PROGRAM

The Orlando Housing Authority will permit a family to use any of the special housing types listed in 24 CFR 982.601 in accordance with program requirements. The special housing types are:

(1)  Single room occupancy (SRO) housing
(2)  Congregate housing
(3)  Group home
(4)  Shared housing
*(5)* Manufactured home
(6)  Cooperative housing; and
(7)  Homeownership Option

### Section 8 Housing Choice Voucher Homeownership Program

**PURPOSE:** To increase the homeownership opportunities of lower-income persons through the use of Section 8 vouchers.

The Orlando Housing Authority Board of Commissioners has chosen to institute the optional Section 8 Housing Choice Voucher Homeownership Program

**GUIDELINES:**

1.  During the first year of operation (FY 2001-2002) the program size is limited to no more than 10 families, due to staffing limitations.
2.  Participation is limited to only section-8 families. However, if the required training course has almost reached its capacity, then preference will be given to families currently enrolled in the HOPE VI Homeownership Program or current participants in the Section 8 Family Self-Sufficiency Program.
3.  Eligible families will be assisted in the order in which they are able to present bonafide Contract of Sale agreements to the Orlando Housing Authority.
4.  Participating families will be required to submit written progress reports on a monthly basis. Failure to do so will result in a review of continued program eligibility.
5.  Families must attend and satisfactorily complete a pre-assistance homeownership and housing counseling program. Additionally, families must attend one post purchase homeownership counseling session per year. Failure to participate in the required sessions will result in a review of continued program eligibility.
6.  The Orlando Housing Authority may terminate voucher assistance for failure to meet the requirements of the Section 8 mortgage.
7.  If the family defaults on the mortgage, the Orlando Housing Authority may choose to issue the family a voucher to move to a rental unit and continue rental assistance. However, the determination will at OHA's discretion based on the good faith efforts of the family to meet its obligations and prevent default.
8.  A family may not move more than one time per year.
9.  Homeownership participation requires continuous employment for the previous two-year period.



Continuous employment is defined as an average of 30 hours or more per week. An interruption of 4 weeks or less is not considered a break in continuity. Consideration will be given for longer breaks in employment IF the adult family members were working an average of 20 hours per week and attending school or job training for 10 or more hours per week.

10. The Orlando Housing Authority retains the right to approve purchase financing. Balloon payments are prohibited. Families must provide a minimum down payment of $1,000 of their own funds. All financing requirements of the Orlando Housing Authority HOPE VI Homeownership program must be met.

11. The Orlando Housing Authority must review and approve lender conditions and financing requirements. OHA may determine that the debt is unaffordable for the family.

12. Section 8 payments will be made in one of three forms

1. Directly to the family
2. Directly to the lender
3. Direct deposit to a joint account held by agency and family, once both portions of mortgage is on the account; the lender will retrieve the funds.

RFTA



## Appendix A

## ENCOURAGING PARTICIPATION BY OWNERS OF UNITS LOCATED OUTSIDE AREAS OF LOW-INCOME OR MINORITY CONCENTRATION

It is OHA policy to operate its Section 8 program to enable families to have a broad range of housing choice. There are three elements necessary for successful implementation of this policy:

(1) Encouraging families searching for housing to expand their housing search to areas outside areas of low-income or minority concentration;

(2) Establishing an appropriate Payment Standard to enable voucher-holders to afford to rent in such areas; and

(3) Reaching out to owners of housing outside areas of low-income and minority concentration to encourage participation in the Housing Choice Voucher Program.

### A. Encouraging Families to Expand Housing Search

At the required briefings that are held prior to issuance of a voucher, OHA staff responsible for conducting die briefings discuss the benefits of finding housing outside low-income and minority areas, and encourage the families to search for housing throughout the OHA jurisdiction. The OHA staff will also bring to the attention of the families the maps showing high poverty census tracts that are included in each briefing packet.

Subsequent to the briefing session, OHA Eligibility Specialists and supporting staff may meet with individual families who are unsuccessful in finding housing outside areas of high poverty or minority concentration, and will advise them of potential leads. Staff will always emphasize that the family has complete freedom of choice to find housing anywhere within OHA's jurisdiction (or outside OHA through the use of Portability procedures).

In order to promote a broader geographical choice in selection of units, OHA entered into a cooperative agreement with the Orange County Housing Authority to extend the geographical area jurisdiction of OHA to encompass all of Orange County.

### B. Revising Payment Standards

As a result of the review of Payment Standards discussed in Chapter II Part B of this Administrative Plan, Payment Standards may be increased to enable voucher holders to afford housing outside high poverty areas and areas of minority concentration.

### C. Owner Outreach

With respect to owner outreach, periodically OHA will contact real estate brokers, apartment owners and landlords to provide briefings about the Section S Housing Choice Voucher program. Owners and managers of rental properties in higher income non-impacted areas will be identified and invited to attend the owner briefings. As necessary, the Section 8 Director and the Assistant to the Section 8 Director will meet with these individuals at their offices to try to convince them to be receptive to participation hi the program.



OHA believes that potential new owners, in particular, must clearly understand how the Section 8 Housing Choice Voucher program works. Accordingly, OHA will use a professionally prepared video to brief owners, and will provide them with audio CDs in both English and other languages as necessary, as well as a professionally written Owner's Guide.

At the outreach briefings, OHA staff will answer questions concerning the rights and responsibilities of the owner, the family and OHA, and highlight the benefits of program participation to owners. At some of these briefings, presentations will be made by current satisfied owners.

From time to time, OHA will also convene focus group meetings of selected owners to identify ways in which OHA can improve its operation and overcome obstacles to increased owner participation in higher income and non-impacted areas.

## D.  Assisting Families Encountering Illegal Discrimination

During the briefing sessions, the types, forms and methods of discrimination are reviewed, and families are advised of the steps to follow if they believe they are encountering illegal discrimination because of race, color, religion, sex, national origin, age, familial status or disability. Complaint forms and phone numbers are included in the briefing packet.



## Appendix A-1

### Administration of Ninety (90) HCV Transferred from the Sanford Housing Authority (SHA)

The Orlando Housing Authority administers ninety (90) Housing Choice Vouchers transferred from the Sanford Housing Authority effective January 1, 2011, in accordance with HUD's Public and Indian Housing Notice PIH2010-39.

**Up-dated 6/18/2014**

---



## Appendix B

## POLICIES ON USE OF ADMINISTRATIVE FEE RESERVE

It is the policy of OHA to obtain Board of Commissioners approval for any charges exceeding $25,000 against the administrative fee reserve. The Executive Director may approve charges to the administrative fee reserve up to $25,000 without Board of Commissioners approval.



<u>Appendix C</u>

<u>DEFINITIONS</u>

Note: In many instances the definition listed below is a summary of the regulatory definition. Consequently, users of this manual should consult the CFR appropriate section for the full and accurate definition.

| HUD ASSISTED HOUSING | CFR Citation LRPH | CFR Citation Section 8 |
|---|---|---|
| **Accessible Dwelling Units** | | |
| When used with respect to design, construction or alteration of an individual dwelling unit, means that the unit is located on an accessible route and when designed, constructed, altered or adapted, can be approached, entered, and used by individuals with physical handicaps. A unit that is on an accessible route and is adaptable and otherwise in compliance with the standards is "accessible" within the meaning of this paragraph. When an individual unit in an existing facility is being made accessible for use by a specific individual, the unit will be deemed accessible when it meets the standards that address the impairment of that individual. | 24 CFR Section 8.32 and Section 40 (the Uniform Federal Accessibility Standards) | |
| | | |
| **Accessible Facility** | | |
| All or any portion of a facility *other than* an individual dwelling unit used by individuals with physical handicaps. | (24 CFR 8.21) | |
| | | |
| **Accessible Route** | | |
| For persons with a mobility impairment, a continuous unobstructed path that complies with space and reach requirements of the Uniform Federal Accessibility Standards. For persons with hearing or vision impairments, the route need not comply with requirements specific to mobility. | (24 CFR 8.3 & 40.3.5) | |
| | | |
| **Adaptability** | | |
| Ability to change certain elements in a dwelling unit to accommodate the needs of handicapped and non-handicapped persons; or ability to meet the needs of persons with different types and degrees of disability. | *(24 CFR 8.3 & 40.3.5)* | |
| | | |



| | | |
|---|---|---|
| **Admission** | | |
| Admission to the program is the effective date of the Lease for Low Rent Public Housing and execution of the HAP agreement for Section 8 vouchers. | | |
| | | |
| **Adjusted Income** | | |
| Adjusted income (income upon which rent is based) means Annual Income less the permitted deductions and exemptions. | *(24 CFR 5.611)* | |
| | | |
| **Alteration** | | |
| Any change in a facility or its permanent fixtures or equipment. Does not include normal maintenance or repairs, re-roofing, interior decoration or changes to the mechanical systems. | | |
| | | |
| **Annual Income** | | |
| Annual income is the anticipated total income from all sources, including net income derived from assets, received by the family head and spouse (even if temporarily absent) and by each additional adult family member. It includes all net income from assets for the 12-month period following the effective date of initial determination or re-examination of income. | *(24 CFR 5.609)* There are various exclusions from income as well *(24 CFR 5.809)* · | |
| | | |
| **Anticipated Annual Income** | | |
| If it is not feasible to anticipate income for a 12-month period, the Authority may use the annualized income anticipated for a shorter period, subject to an Interim Adjustment at the end of the shorter period. This method would be used for teachers who are paid for only nine (9) months, or for residents receiving unemployment compensation. | | |
| | | |
| **Applicant** | | |
| A person or a family that has applied for admission to housing but is not yet a participant in the program. | | |
| | | |
| **Application** | | |
| A written form, to be signed and dated by an adult member of the family, which includes information the Authority, needs to determine whether the family may be admitted. | | |
| | | |
| **Appropriate Unit Size** | | |
| The PHA may match family characteristics with the type of unit available, however such restrictions must be reasonable. | | *(24 CFR 960.206 (c))* |



| | | |
|---|---|---|
| **Area of Operation** | | |
| The municipality for which the Authority is created and the area that is within the territorial boundaries of the municipality and is not within the territorial boundaries of another municipality. To operate in another jurisdiction requires a resolution from the governing body of that jurisdiction. | | |
| | | |
| **Assets** | | |
| Cash (including checking accounts), stocks, bonds, savings, equity in real property, or the cash value of life insurance policies. Assets do not include the value of personal property such as furniture, automobiles and household effects or the value of business assets. | | |
| | | |
| **Auxiliary Aids** | | |
| Services or devices which enable persons with impaired sensory, manual or speaking skills to have an equal opportunity to participate in and enjoy the benefits of programs or activities. | *(24 CFR 8.3)* | |
| | | |
| **Care Attendant** | | |
| A person who regularly visits the unit of an Authority resident to provide supportive or medical services. Care attendants have their own place of residence (and if requested by the Authority, must demonstrate separate residence) and do not live in the public housing unit. Care attendants have no rights of tenancy. | | |
| | | |
| **Ceiling Rent** | | |
| A maximum Total Tenant Payment amount established by the Authority, which may be tied to one or more individual development(s), sites or unit sizes.[1] | *(24 CFR 5.614)* | |
| | | |
| **Child Care Expenses** | | |

---

[1] OHA does not have ceiling rents.



| | | |
|---|---|---|
| A deduction of amounts anticipated to be paid by the family for the care of children under 13 for the period for which Annual Income is computed. Allowed ONLY when such care is necessary to enable a family member to be gainfully employed, to actively seek employment or to further his/her education. Amounts deducted must be non-reimbursed expenses and shall not exceed:<br>1.   The amount of employment income included in the Authority's computation of annual income.<br>2.   An amount determined to be reasonable by the Authority when the expense is incurred to permit education or to actively seek employment. The Authority may use the average of rates obtained from four *(4)* local childcare facilities to determine a reasonable maximum child care expense.<br>3.   When there is an unemployed adult household member in the family, child care expenses will not be allowed, unless family can provide proof that the available adult member is not physically or mentally capable of providing child care. | | |
| | | |
| **Co-Head of Household** | | |
| A household where two persons are held responsible and accountable for the family. A family may have a Co-head or spouse, but not both. A Co-head never applies as a spouse. | | |
| | | |
| **Community Service** | | |
| The mandatory performance of voluntary work or duties in the public benefit which serve to improve the quality of life and/or enhance resident self-sufficiency, and/or increase the self-responsibility of the resident within the community in which the resident resides. Political activity is excluded.  Work for the authority which is the responsibility of employees is also not eligible. There are a number of exempt classes of people and the requirement only applies to public housing residents. | | *(24 CFR 960.603)* |
| | | |
| **Dependent** | | |
| A member of the household (other than head, spouse, sole member, foster child, foster adults, or Live-in Aide) who is under 18 years of age, or 18 years of age or older and disabled, handicapped, or a full-time student. | *(24 CFR 5.603)* | |
| | | |
| **Designated Family** | | |
| The category of family for whom a housing authority elects (subject to HUD approval of an Allocation Plan) to designate a development (e.g., elderly family in a development designated for elderly families) in accordance with 1992 Housing Act. | | *(24 CFR 945.105)* |
| | | |
| **Designated Housing** | | |



| | | |
|---|---|---|
| A development or portion of a development designated for elderly only or for disabled families only in accordance with HUD regulations | | *(24 CFR 945.105)* |
| | | |
| **Development** | | |
| (504 Definition) - Means the whole of one or more residential structures and appurtenant structures, equipment, roads, walks and parking lots that are covered by a single contract for federal assistance or application for assistance, or are treated as a whole for processing purposes, whether or not on a common site. | *(24 CFR 8.3)* | |
| | | |
| **Dilapidated** | | |
| The unit does not provide safe and adequate shelter and in its present condition endangers the health, safety or well-being of the family or has such considerable defects as to require extensive repair or rebuilding.  The defect may involve original construction or may result from continued neglect or lack of repair or from serious damage to the structure. | | |
| | | |
| **Disability Assistance Expense** | | |
| Amounts paid for attendant care or auxiliary apparatus expenses for family members with disabilities, where such expenses are necessary to permit a family member or family members, including the disabled person, to be employed. Equipment and auxiliary apparatus may include but are not limited to: wheelchairs, lifts, reading devices for the visually impaired, and equipment added to cars and vans to permit their use by the handicapped or disabled family member. Also included would be the annualized cost differential between a car and the cost of a van required by the family member with disabilities. | *(24 CFR 5.603)* | |
| | | |
| **Disabled Family** | | |
| A family whose head/co-head/spouse or sole member is a person with disabilities. The term includes two or more persons with disabilities living together and one or more such persons living with one or more persons including live-in aides determined to be essential to the care and well-being of the person or persons with disabilities. A disabled family may include persons with disabilities who are elderly. | *(24 CFR 5.403)* | (24 CFR *945.105*) |
| | | |
| **Disabled Person** | | |



| | | |
|---|---|---|
| A person who is under a disability as defined in Section 223 of the Social Security Act (42 U.S.C. 423) or who has a developmental disability as defined in Section 102(7) of the Developmental Disabilities Assistance and Bill of Rights Act [U.S.C. 6001(7)]. <br> 1.   <u>Section 223 of the Social Security Act</u> defines disability as an inability to engage in any substantial gainful activity by reason of any medically determinable physical or mental impairment which can be expected to result in death or which has lasted or can be expected to last for a continuous period of not less than 12 months, <br> or | | |
| In the case of an individual who attained the age of 55 and is blind (within the meaning of blindness as defined in Section 416 (10[1]) of Section 223 of the Social Security Act) and unable by reason of such blindness to engage in substantial gainful activity requiring skills or ability comparable to those of any gainful activity in which he/she has previously engaged with some regularity and over a substantial period of time. <br> 2.   <u>Section 102(5,7) of the Developmental Disabilities Services and Facilities Construction Amendments of 1970</u>, defines developmental disability as a severe chronic disability which is attributable to a mental or physical impairment or combination of the two <br> a. Is manifested before the person attains age twenty two (22) <br> b. Is likely to continue indefinitely <br> c. Results in substantial functional limitation in three or more of the following areas of major life activity: self care, receptive and responsive language, learning, mobility, self-direction, capacity for independent living, economic self-sufficiency <br> d. Reflects the person's need for a combination and sequence of special, interdisciplinary, or generic care, treatment or other services which are of lifelong or extended duration and are individually planned and coordinated. | | |
| | | |
| **Displacement** | | |
| See Involuntary Displacement below | | |
| | | |
| **Divestiture Income** | | |
| Imputed income from assets, including business assets, disposed of by applicant or resident in the last two years at less than fair market value. | | |
| | | |
| **Domestic Violence** | | |
| See Involuntary Displacement below | | |



| | | |
|---|---|---|
| **Due Process Determination** | | |
| A determination by HUD that specified procedures for judicial eviction under State and local law require that a resident be given the opportunity for a hearing in court which provides the basic elements of due process before eviction from the unit. | | *(24 CFR 966.53)* |
| | | |
| **Economic Self-Sufficiency Program** | | |
| Any program designed to encourage, assist, train or facilitate the economic independence of assisted families. | | |
| | | |
| **Elderly Family** | | |
| A family whose head, co-head, spouse or sole member is at least 62 years of age.  It may include two or more elderly persons living together and one or more such persons living with one or more persons, including live-in aides, determined to be essential to the care and well-being of the elderly person or persons. An elderly family may include elderly persons with disabilities and other family members who are not elderly. | *(24 CFR 5.403)* | |
| | | |
| **Elderly Household** | | |
| An elderly family or elderly person including any live-in aides or other persons. | | |
| **Elderly Person** | | |
| A person who is at least 62 years of age for Federal programs. | *(24 CFR 5.100)* | |
| | | |
| **Elements of Due Process** | | |
| The court procedures for eviction under State and local law require all of the following before eviction from a unit:<br>1.     the opportunity for a hearing on the existence of serious or repeated lease violations or other good cause for eviction<br>2.     advance notice of the hearing, and of the alleged reasons for eviction<br>3.     hearing before an impartial party<br>4.     the opportunity to be represented by counsel<br>5.     the opportunity to present evidence and question witnesses<br>6.      a decision on the reasons for eviction before the occupants are evicted | | *(24 CFR 966.53)* |
| | | |
| **Eligibility Income** | | |



| | | |
|---|---|---|
| This is the applicant's Annual Income amount. This figure is compared to the approved income limits (issued annually) to determine if an applicant family is eligible for admission. | | |
| | | |
| **Exempt Individuals** | | |
| The following individuals are exempt from the "Community Service" requirement for occupants of HUD-assisted Low Rent Public Housing:<br>1.  A person 62 years or older,<br>2.  A blind or disabled person (as defined by the Social Security Act Section. 216 (I)(1) or 1614 and who certifies that she/he is unable to comply with the service provisions to the extent of their disability<br>3.  The primary caretaker of a person in 2. above<br>4.  Is employed<br>5.  Meets the exemption requirements under state or federal 'welfare-to-work' programs | | *(24 CFR 960.601)* |
| | | |
| **Extremely Low Income Family** | | |
| A Family who's Annual Income is equal to or less than 30% of Area Median Income, adjusted for family size, as published by HUD. | *(24 CFR 5.603)* | |
| | | |
| **Eviction** | | |
| Requiring the occupants to move out of the unit freely or with force. | | |
| | | |
| **Family** | | |
| Family includes, but is not limited to, regardless of marital status, actual or perceived sexual orientation, or gender identity, the following:<br>(1) A single person, who may be an elderly person, displaced person, disabled person, near-elderly person, or any other single person; or<br>(2) A group of persons residing together, and such group includes, but is not limited to:<br>    (a) A family with or without children (a child who is temporarily away from the home because of placement in foster care is considered a member of the family);<br>    (b) An elderly family;<br>    (c) A near-elderly family;<br>    (d) A disabled family;<br>    (e) A displaced family; and<br>    (f) The remaining member of a tenant family. | *(24 CFR 5.403)* | |
| | | |



| | | |
|---|---|---|
| **Family Self Sufficiency** | | |
| Any approved program established by the Authority to promote self-sufficiency among participating families, including the provision of supportive services, toward the goal of the families no longer needing public assistance. | . | |
| | | |
| **Flat Rents** | | |
| Total Tenant Payments set by the Authority, which are based on market rate (unassisted) rents and comparable to rents in the private sector for similar type and size units. | *(24 CFR 5.614)* | *(24 CFR 960.253)* |
| | | |
| **Foster Child/adult** | | |
| A child/adult placed in the care of a Foster Family by a licensed Child Placement Agency or Adult Placement Agency. | | |
| | | |
| **Fraud** | | |
| Fraud as defined under any Federal or State civil or criminal statute, or any other deliberate misrepresentation to this Authority by any member of an applicant or resident family. | | *(24 CFR 966.2)* |
| | | |
| **Fulltime Student** | | |
| A person who is carrying a subject load that is considered full-time for day students under the standards and practices of the educational institution attended. Educational institutions include but are not limited to: colleges, universities, secondary schools, vocational schools or trade schools. | *(24 CFR 5.603)* | |
| **Gender Identity** | *(24 CFR 5.403)* | |
| Gender identity means actual or perceived gender-related characteristics. | | |
| **Grievance Procedures** | | |
| Procedures whereby an applicant or tenant or voucher holder may challenge decisions and determinations of the Housing Authority for admission to programs or for actions under executed leases. | | *(24 CFR 966)* |
| | | |
| **Handicapped Person** | | |



| | | |
|---|---|---|
| 1.   A person having a physical or mental impairment which<br>    a.  is expected to be of long, continued and indefinite duration<br>    b.  substantially impedes the person's ability to live independently<br>    c.  is of such a nature that such ability to live independently could be improved by more suitable housing conditions<br>2.   For purposes of housing programs, the term does not include any individual who:<br>    a.  is an alcoholic or drug abuser whose current use of alcohol or drugs prevents the individual from participating in the program or activity in question, or whose participation, by reason of such current alcohol or drug abuse, would constitute a direct threat to property or the safety of others; **or**<br>    b.  has a currently contagious disease or infection and who, by reason of such disease or infection, would constitute a direct threat to the health or safety of other individuals or who, by reason of the currently contagious disease or infection, is unable to participate in the program or activity in question;<br>3.   The 504 definition of handicap does not include homosexuality, bisexuality, or transvestitism. (These characteristics do not disqualify an otherwise disabled applicant/resident from being covered) | *(24 CFR 8.3)* | |
| | | |
| **Handicapped Assistance Expenses** | | |
| Reasonable expenses which are anticipated during the period from which annual income is computed for attendant care and auxiliary apparatus for a handicapped or disabled family member and that are necessary to enable a family member (including the handicapped or disabled member) to be employed, provided that the expenses are neither paid to a member of the family nor reimbursed by an outside source. | | |
| | | |
| **Hardship Waiver (Minimum Rent)** | | |
| A family occupying HUD-assisted housing may apply for a waiver of the minimum rent If one of the following situations occurs:<br>1.   Family has lost eligibility for or is awaiting approval of federal, state, or local assistance (except under fraudulent circumstances and/or non-compliance with program requirements)<br>2.   Family's income has decreased because of changes in circumstances, including loss of employment<br>3.   A household family member has died<br>The working definition of the Housing Authority is contained in the procedures sections of the ACOP. | | |
| | | |
| **Hate Crimes** | | |



| | | |
|---|---|---|
| See involuntary displacement below | | |
| | | |
| **Head of Household** | | |
| Head of household is the family member (identified by the family) who is held responsible and accountable for the family. | | |
| | | |
| **Homeless Family** | | |
| An applicant who is a homeless person/family is considered as living in substandard housing. Single Room Occupancy (SRO) housing is not substandard solely because it does not contain sanitary or food preparation facilities or both.  Homeless includes an individual or family who: | | |
|       lacks a fixed regular and adequate nighttime residence, and | | |
|       has a primary nighttime residence that is: | | |
|   a.  a supervised public or privately operated shelter designed to provide temporary living accommodations including hotels, congregate shelters and transitional housing for the mentally ill, or | | |
|   b.  an institution which provides a temporary residence for individuals intended to be institutionalized, or | | |
|   c.  a public or private place not designed for, or ordinarily used as, a regular sleeping accommodation for human beings.  A homeless family does not include any individual imprisoned or otherwise detained pursuant to an act of the Congress or State Law. | | |
| | | |
| **Household** | | |
| The resident and other persons who live in a unit with written approval of the Authority. *[Note that for HUD, there is a difference between the definition of family and household.  So income is determined by examination of the family not of the household but unit size is affected by household size]* | | *(24 CFR 966.2)* |
| | | |
| **Housing Quality Standards (HQS)** | | |
| The HUD minimum quality standards for housing assisted under the Section 8 Housing ChoiceVoucher program. | (See Uniform Physical Condition Standards at *24 CFR Part 5*) | |
| | | |
| **HUD** | | |
| The Department of Housing and Urban Development or its designee. | | |
| | | |
| **Imputed Welfare Income** | | |



| | | |
|---|---|---|
| The amount of annual income not actually received by a family, as a result of a specified welfare benefit reduction, that is nonetheless included in the family's income for purposes of determining rent. | (24 *CFR 5.615*) | |
| | | |
| **Income -- Adjusted** | | |
| See "Adjusted Income" | | |
| | | |
| **Income - Annual** | | |
| See "Annual Income" | | |
| | | |
| **Income Based Rent** | | |
| Total Tenant Payment that is based on the family's income. | | |
| | | |
| | | |
| **Income - Eligibility** | | |
| See Eligibility Income | | |
| | | |
| **Income Exclusions (Mandatory)** | | |
| For the first 12 months100% and for the ensuing12 months, 50% of the following earnings are excluded when calculating a family's rent for initial certification or for redetermination for the next 12 months: 1. Earnings of a family member who was previously unemployed for a period of at least 1 year 2. Earnings of a family member who earned less than 10 hours a week for 50 weeks at the minimum wage in the prior 12 months 3. Earnings of a family member who is in a job training or self-sufficiency program 4. Earnings of a family member who had been receiving welfare anytime in the previous six months 5. Earnings of a minor (See also Individual Savings Accounts) | | |
| | | (24 *CFR 960.255*) |
| | | |
| **Income Exclusions (Optional)** | | |
| See "Permissive Deductions" | | |
| | | |
| | | |
| **Income Limits** | | |
| The income limits for each county in the state are determined and published by HUD annually. Income limits are based on 30%, 50% and 80% of median for the area. The Authority's current income limits are contained in the ACOP. | | |
| | | |



| | | |
|---|---|---|
| **Individual Savings Accounts** | | |
| This is an option which may be offered to tenants in lieu of 'Income Exclusions (Mandatory)" and "Phase-in of Earned Income".  These are modeled on the Family Self-Sufficiency 'Escrow Accounts'. | | *(24 CFR 960.255(d))* |
| | | |
| **Interim Redetermination** | | |
| A tenant may have their rent adjusted before the redetermination date due to changes in circumstances. | | *(24 CFR 960.209)* |
| | | |
| **Involuntary Displacement** | | |
| A resident of Orange County displaced by government action or a person whose dwelling has been extensively damaged or destroyed as a result of a disaster declared or otherwise recognized pursuant to Federal disaster relief laws. This includes the following:<br>1. A disaster such as fire or flood which results in the applicant's unit being uninhabitable.<br>2. Activity associated with a government body for a public improvement or development program or in connection with code enforcement or in connection with modernization activities of the LHA and which results in an applicant being forced to move.<br>3. The applicant has vacated his/her housing unit as a result of current actual or threatened physical violence directed against the applicant or a family member by a spouse or other member of the applicant's household or the applicant lives in a housing unit with such an individual who engages in such violence.  For the purposes of this section, the actual or threatened violence must have occurred recently or be of a continuing nature, must be verified by a law enforcement agency or court of Law and the perpetrator of the violence may not reside with the family after admission unless the Authority has given advance written approval.<br>4. When a family member provides information on criminal activity to a law enforcement agency and based on the agency's assessment a recommendation is made for re-housing to avoid reprisals.<br>5. Actual, threatened physical violence or intimidation against a person or property which is based on the person's race, color, religion, sex, national origin, handicap, or familial status.<br>6. Applies when a family member has a mobility or other impairment which makes the person unable to use critical elements of the unit and the owner is not legally obligated to make changes to accommodate the person.<br>7. Displacement caused by disposition of a multifamily project.<br>8. Action by a Landlord to take possession of a unit for personal occupancy or for conversion to some other non-housing rental use. | | |
| | | |
| **Kinship Care Giver** | | |



| | | |
|---|---|---|
| An arrangement in which a relative or non-relative becomes the caregiver for a child or children but is not the biological parent of the child or children. The primary care giver need not have legal custody of such child or children to be a kinship care giver under this definition. | | |
| | | |
| **Live-in Aide** | | |
| 1.   A person who resides with an elderly person(s), near elderly person(s) or person(s) with disabilities and who: <br>   a.   is determined by the Authority to be essential to the care and well being of the person(s) <br>   b.   is not obligated to support the family member <br>   c.   would not be living in the unit except to provide the necessary supportive services <br> 2.   A Live-in Aide is not listed on the Lease and cannot become a remaining family member for continued occupancy purposes. <br> 3.   A Live-in Aide's income is not counted in determining the family's income. | *(24 CFR 5.403)* | |
| | | |
| **Local Preference** | | |
| Any preference used by the Authority to select among applicant families. For the Authority's preferences, see the relevant section of the ACOP document. | | *(24 CFR 960.206)* |
| | | |
| **Local Resident** | | |
| A person living or working in a municipality or has been hired to work in that municipality. | | *(24 CFR 960.206)* |
| | | |
| **Low Income Family** | | |
| A family whose annual income does not exceed 80% of the median income for the area as determined by HUD, with adjustments for smaller and larger families. | | |
| | | |
| **Medical Expense** | | |



| | | |
|---|---|---|
| Deductible medical expenses for the purposes of determining a family's adjusted income include but are not limited to:<br>1.   services of physicians and other health care professionals<br>2    services of health care facilities<br>3.   health insurance premiums, including cost of Medicare<br>4.   prescription and non-prescription medicines<br>5.   transportation to and from treatment<br>6.   dental expense<br>7.   eyeglasses<br>8.   hearing aids and batteries<br>9.   attendant care (unrelated to employment of family members)<br>These are expenses which are anticipated during the period for which annual income is computed and which are not covered by insurance. | *(24 CFR 5.603)* | |
| | | |
| **Medical Expense Allowance** | | |
| For purposes of calculating adjusted income for elderly or disabled families only, medical expense allowance means the medical expense in excess of 3% of Annual Income, where these expenses are not compensated for or covered by insurance. | *(24 CFR 5.611)* | |
| | | |
| **Minimum Rent** | | |
| A household will pay a $50 minimum rent. This minimum rent is the Total Tenant Payment, which is reduced by an allowance for utilities where the resident pays part or all of the utilities. | | |
| | | |
| **Minor** | | |
| A minor is a person less than 18 years of age. Some minors are permitted to execute contracts, provided a court has declared them emancipated. | | |
| | | |
| **Mixed Population Development** | | |
| A public housing development for elderly and disabled families. The Authority is not required to designate this type of development under 24 CFR 945 or prepare an allocation plan. | | *(24 CFR 960.405)* |
| | | |
| **Mixed Family** | | |
| A family whose members include those with citizenship or eligible immigration status, and those without citizenship or eligible immigration status. | *(24 CFR 5.504)* | |
| | | |



| | | |
|---|---|---|
| **Monthly Income** | | |
| One-twelfth of Annual Income | *(24 CFR 5.603)* | |
| | | |
| **Monthly Adjusted Income** | | |
| One-twelfth of Adjusted Income | *(24 CFR 5.603)* | |
| | | |
| **Multifamily Housing Development** | | |
| For purposes of 504, means a development containing five or more dwelling units. | *(24 CFR 8.3)* | |
| | | |
| **Near-Elderly Family** | | |
| A family whose head, spouse, or sole member is a near-elderly person (at least 50 but less than 62 years of age). The term includes two or more near-elderly persons living together, and one or more such persons living with one or more persons who are determined to be essential to the care or well-being of the near-elderly person or persons. A near-elderly family may include other family members who are not near-elderly. | *(24 CFR 5.403)* | |
| | | |
| **Near Elderly Person** | | |
| A person who is at least 50 years of age but below 62 who may be a person with a disability. | *(24 CFR 5.603)* | |
| | | |
| **Negative Rent** | | |
| See Utility Reimbursement | | |
| | | |
| **Net Family Assets** | | |



| | | |
|---|---|---|
| 1.  The net cash value, after deducting reasonable costs (e.g., brokerage or legal fees, settlement costs, penalties for early withdrawal) that would be incurred in disposing<br>   a. Real property (lend, houses, mobile homes)<br>   b. Savings (CD, IRA or KEOGH accounts; checking and savings accounts, precious metals)<br>   c. Cash value of whole life insurance policies<br>   d. Stocks and bonds (mutual funds, corporate bonds, savings bonds)<br>   e. Other forms of capital investments (business equipment) excluding interests in Indian trust lands and excluding equity accounts in HUD home ownership programs<br>2.  In the case of a trust fund not revocable by or controlled by any members of the family or household, the value of the trust fund will not be considered an asset as long as the fund continues to be held in trust.  Any income from the trust shall be counted as income.<br>   If a family disposed of an asset within the two years preceding the date of the application or redetermination at less than fair market value, the difference between what they received and what they would have gotten, had they received the fair market value is counted as an asset for purposes of determining net family assets.<br>   In the case of a disposition as part of a separation or divorce settlement, the disposition will not be considered to be less than fair market value if the applicant or resident receives important considerations not measurable in dollar terms. | *(24 CFR 5.603)* | |
| **Non-citizen** | • | |
| A person who is neither a United States citizen nor a national of the United States. | *(24 CFR 5.504)* | |
| | | |
| **Over-Income Family** | | |
| An individual or family who is not a low-income family at the time of initial occupancy.  [Note that police officers who are over income may be permitted to reside in public housing as part of a security plan] | | *(24 CFR 960.503,505)* |
| | | |
| **Participant** | | |
| A participant is a family which has executed a lease for Low Rent Public Housing or a HAP agreement for Section Housing Choice Vouchers. | | |
| | | |
| **Permissive Deductions** | | |
| Permissive deductions are optional for a PHA and the lost revenue as a result of their application will not be made up from HUD subsidies.  Once applied to a family they cannot be withdrawn until the next annual redetermination. | | |



| | | |
|---|---|---|
| **Pet Policy** | | |
| Pets must be permitted in public housing but the PHA is permitted to adopt reasonable rules governing their possession. | | *(24 CFR 960.701ff)* |
| | | |
| **Phase-in of Earned Income** | | |
| If a family member is qualified for the "Earned Income Exclusion (Mandatory)" and she/he continues employment in the subsequent year, any rent increase must be only 50% of what would have been due if calculated in full. | | *(24 CFR 960.255(b)(2))* |
| | | |
| **Portion of Development** | | |
| Includes one or more buildings in a multi-building development one or more floors of a development or developments; a certain number of dwelling units in a development or developments. | | *(24 CFR 945.105)* |
| | | |
| **Pregnant Woman or Adopting Parent** | | |
| An applicant, who is a pregnant woman or an applicant (male or female) who is in the process of obtaining legal custody of any individual who is not 18 years of age, shall be treated as if that unborn child or to be adopted child is a person for family composition determination. | | |
| | | |
| **Public Assistance** | | |
| TANF, SSI, SS or other payments to families and individuals, based on need, which are made under programs funded, separately or jointly, by Federal, State or local governments. | | |
| | | |
| **Reasonable Accommodation** | | |
| Making alterations or adaptations to provide access to otherwise qualified individuals with disabilities in the use of the program and facilities, without causing undue financial and administrative hardship or substantially altering the program or activity. | | |
| | | |
| **Redetermination** | | |
| Also called re-examination or redetermination. The checking of family circumstances and income at least annually to determine if family composition or income changes would require a change in rent or unit size. | | *(24 CFR 960.253)* |
| | | |
| **Re-certification** | | |
| See new term "Redetermination" | | |



| | | |
|---|---|---|
| **Resident** | | |
| (Synonymous with resident or participant) The person or persons who execute the Lease as lessee of a dwelling unit through the PHA. | | |
| | | |
| **Service Provider** | | |
| A person or organization qualified and experienced in the provision of supportive services, which is in compliance with any licensing requirements imposed by State or local laws for the type of service or services to be provided. The service provider may provide the service on either a for-profit or not-for-profit basis. | | *(24 CFR 945.105)* |
| | | |
| **Single Person** | | |
| A person who lives alone or intends to live alone and is not an elderly person, a person with disabilities, a displaced person or the remaining member of a resident family. | | *(24 CFR 945.105)* |
| | | |
| **Skipping** | | |
| A procedure whereby a PHA may select a household for admission into the Low Rent Public Housing or the Section 8 Housing Choice Voucher Program who has a lower position on the waiting list, in order to meet targeting requirements. | *(24 CFR 5.653)* | *(24 CFR 960.202)* |
| | | |
| **Specified Welfare Benefit Reduction** | | |
| A reduction in welfare benefits in whole or in part as determined by a welfare agency because of fraud or a refusal to participate in an economic self-sufficiency program. | *(24 CFR 5.615)* | |
| | | |
| **Spouse** | | |
| Spouse means the husband or wife of the head of household. | | |
| | | |
| **Sexual Orientation.** | | |
| Sexual orientation means homosexuality, heterosexuality, or bisexuality. | | |
| | | |
| **TANF** | | |
| Temporary Assistance to Needy Families. (The term which replaced AFDC). | | |
| | | |
| **Targeting** | | |



| | | |
|---|---|---|
| A requirement that a minimum 40% of all households admitted into Low Rent Public Housing annually shall be extremely low income and a minimum 75% of all households admitted into the Section 8 Housing Choice Voucher Program shall be extremely low income. (See "extremely low income" definition and "skipping" definition). | *(24 CFR 5.653)* | (24 CFR *960.202*) |
| | | |
| **Temporary, Non-Recurring, Sporadic Income** | | |
| 1. Casual sporadic or irregular gifts<br>2. Amounts which are specifically for or in reimbursement of the cost of medical expenses.<br>3. Lump sum additions to family assets, such as inheritances, insurance payments (including payments under health and accident insurance and worker's compensation), capital gains and settlement for personal property losses.<br>4. Amounts of educational scholarships paid directly to the student or to the educational institution, and amounts paid by the government to a veteran, for use in meeting the cost of tuition, fees, books, equipment, materials, supplies, transportation and miscellaneous personal expenses of the student. Any amount of such scholarships or payment to a Veteran not used for the above purposes that is available for subsistence is to be included in income<br>5. The special pay to a family member serving in the Armed Forces who is exposed to hostile fire.<br>6. Other<br>   a. Amounts received under training programs funded by HUD<br>   b. Amounts received by a disabled person which are disregarded for a limited time for purposes of Supplemental Security Income eligibility and benefits because they are set aside for under a Plan to Attain Self Sufficiency (PASS)<br>   a. Amounts received by a participant in other publicly assisted programs which are specifically for or in reimbursement of out-of-pocket expenses incurred (special equipment, clothing, transportation, child care, etc.) and which are made solely to allow participation in a specific program<br>   b. Amounts specifically excluded by any other Federal Statute from consideration as income for purposes of determining eligibility or benefits under a category of assistance programs that includes assistance under the United States Housing Act of 1937 (as amended 1996). Any amounts of such scholarships or payment to Veterans not used for the above purposes that are available of subsistence are to be included in income. | | |
| | | |
| **Tenant Rent** | | |



| | | |
|---|---|---|
| The amount payable monthly by the family as rent to the Authority. Where all utilities (except telephone) and other essential housing services are supplied by the Authority, Tenant Rent equals Total Tenant Payment. Where some or all utilities (except telephone) and other essential housing services are not supplied by the Authority and the cost thereof is not included in the amount paid as rent. Tenant Rent equals Total Tenant Payment less the Utility Allowance. | *(24 CFR 5.603)* | |
| | | |
| **Total Tenant Payment (TTP)** | | |
| 1.  Income-Based: TTP is the greater of 30% of the Monthly Adjusted Income (as defined in this Policy) and 10% of the Monthly Annual Income (as defined in this Policy), but never less than the Minimum Rent (except for Hardship Waivers) or greater than the Ceiling Rent if any.<br>2.  Flat Rent: TTP will be the Flat Rent if the family chooses Flat Rent instead of Income-based rent. (See *Flat* Rent)<br>If the resident pays the utilities, the amount of the Utility Allowance is deducted from the TTP. TTP does not include charges for excess utility consumption or other miscellaneous charges. | | *(24 CFR 960.253)* |
| | | |
| **Transfer Request** | | |
| A household residing in housing supported, owned and/or operated by the PHA who requests a move from one location to another or from one program to another.  Rules governing such transfers may be found in the relevant section of the ACOP. | | |
| **Transfer Rules** | | |
| The rules governing the transfer including preferences and procedures may be found in the relevant section of the ACOP. | | |
| | | |
| **Uniform Federal Accessibility Standards** | | |
| Standards for the design, construction and alteration of publicly owned residential structures to ensure that physically handicapped persons will have ready access to and use of such structures. | (Standards are in *Appendix A to 24 CFR 40*) | |
| | | |
| **Utilities** | | |
| Water, electricity, gas, other heating, refrigeration and cooking fuels, trash collection and sewerage services. Telephone service is not considered a utility. | *(24 CFR 5.603)* | |
| | | |
| **Utility Allowance** | | |



| | | |
|---|---|---|
| If the cost of utilities (except telephone) for an assisted unit is not included in the Tenant Rent but is the responsibility of the family, an amount equal to the estimate made, as approved by the Authority or HUD, of the monthly costs of a reasonable consumption of such utilities for the unit, by an energy-conservative household of modest circumstances consistent with the requirements of a safe, sanitary and healthful living environment. However, a tenant choosing the flat rent system is choosing a rent which already includes an adjustment for utilities. | *(24 CFR 5.603)* | |
| | | |
| **Utility Reimbursement** | | |
| The amount, if any, by which the utility allowances for the unit, if applicable, exceeds the TTP for the Family occupying the unit. When the Utility Allowance exceeds the family's TTP, the negative amount in excess of $6.00 will be refunded to resident through a check each month. If the resident has any other outstanding charges, the negative balance will be applied to the charges. A negative amount of less than $6.00 a month will be credited to the resident account and will continue to accumulate until offset by charges or the resident requests a reimbursement payment be made through a manual refund. Note that this does not apply to tenants choosing the flat rent option. | *(24 CFR 5.615)* | |
| | | |
| **Very Poor Family** | | |
| See Extremely Low Income Family | | |
| | | |
| **Very Low Income Family** | | |
| A family whose annual income does not exceed 50% of the median income for the area. | | |
| | | |
| **Veteran** | | |
| A person, male or female, who was discharged honorably from active duty of the Armed Forces of the United States of America,. | | |
| | | |
| **Violent Criminal Activity** | | |
| Any illegal criminal activity which has as one of its elements the use, attempted use, or threatened use of physical force against the person or property of another. | | |
| | | |
| **Waiting List** | | |
| Applicant households organized according to HUD regulations and Authority preferences who are waiting for housing to become available. | | |



Up-dated 06/17/2010